IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RUTH ANNE HARTZELL,** )<br>　　　　　Plaintiff　　　)<br>　　　　　　　　　　　　)<br>　　　　　　　　　　　　)<br>vs.　　　　　　　　　　)<br>　　　　　　　　　　　　)<br>　　　　　　　　　　　　)<br>　　　　　　　　　　　　)<br>**JO ANNE B. BARNHART,** )<br>　　　　　Defendant　)　 | 2:03cv1920<br>Electronic Filing<br><br>Judge David Stewart Cercone/<br>Magistrate Judge Amy Reynolds Hay |

## ORDER OF COURT

AND NOW, this **26** day of September, 2005, after the plaintiff, Ruth Anne Hartzell, filed an action in the above-captioned case, and after Motions for Summary Judgment were submitted, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the motion for summary judgment filed by plaintiff (Doc. No. 11) be, and the same hereby is, DENIED;

IT IS FURTHER ORDERED that the motion for summary judgment filed by defendant (Doc. No. 13) be, and the same hereby is, GRANTED; and

IT IS FURTHER ORDERED that the decision of the Commissioner denying Plaintiff's application for disability insurance benefits and supplemental security income be, and the same hereby is, affirmed.

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DAVID STEWART CERCONE
　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　Honorable Amy Reynolds Hay
　　　　United States Magistrate Judge

R. Christopher Brode, Esq.
BRODE LAW FIRM
305 Walnut Street
Meadville, PA 16335

Paul Kovac
Assistant United States Attorney
United States Attorney's Office
700 Grant Street
Suite 400
Pittsburgh, PA 15219